# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 09-CIV-22754-SEITZ/WHITE

# The attached hand-written document
# has been scanned and is
# also available in the
# SUPPLEMENTAL
# PAPER FILE

(Rev. 04/2005) Complaint Under The Civil Rights Act. 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 09-22754

FILED by _PbS_ D.C.

SEP 1 4 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

ANTHONY L. MOORE
D.O.C. 898246.

_____

_____

_____

(Enter above the full name of the plaintiff or plaintiffs in
this action.)

v.

Warden David Harris, W. Churchwell
Jimmy Love, Sgt Albury, Nurse Charlotte
Nurse Chamberlain, Sgt Green, FNS. Wright
John Doe, John Doe, John Doe, John Doe
Jane Doe, Jane Doe, Jane Doe, John Doe

(Enter above the full name of the defendant or defendants
in this action.)

CIV-SEITZ

MAGISTRATE JUDGE
WHITE

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT. 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example. if you name two defendants. you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question. use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further. it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action. you may petition the court to proceed in forma pauperis.

cat / div __550 | 1983 | mIA__
Case # __09CV 22754__
Judge __Seitz__   Mag __PAW__
Motn Ifp __NO__   Fee pd $ __—__
Receipt # _____

Page 1 of 5

RECEIVED EVERGLADES CI

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.      Previous Lawsuits

    A.      Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                                                     Yes   (   )      No   (✓)

    B.      If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.      Parties to this previous lawsuit

                Plaintiffs: Anthony L. Moore #898246 Everglades Correctional Institution, P.O. Box 949000, Miami, Florida 33194-9000

                Defendants: Warden David Harris, W. Churchwell, Timmy Love, Sgt. Albury, Nurse Chandilier, Nurse Chamberlain, John Doe's, Jane Doe's

        2.      Court (if federal court, name the district; if state court, name the county): Southern District of Florida, 301 North Miami Ave, Miami Florida 33128-7788

        3.      Case Number: ___

        4.      Name of Judge to whom case was assigned: ___

        5.      Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?): N/O

        6.      Approximate date of filing lawsuit: _____

        7.      Approximate date of disposition: _____

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II.    Place of present confinement: Everglades Correctional Institution P.O.Box 949000  Miami, Florida 33194-9000

   A.    Is there a prisoner grievance procedure in this institution?

                                                        Yes  ( ✓ )      No  ( )

   B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

                                                        Yes  ( ✓ )      No  ( )

   C.    If your answer is YES:

      1.  What steps did you take? I Exhausted all my prisoner remedies in the Institutional level and the Secretary of Department of Correctional level, of my Grievances.

      2.  What was the result? All my claims in my Grievances were Denied.

   D.    If your answer is NO, explain why not: _____

III.   Parties

   (In Item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

   A.    Name of plaintiff: Anthony L. Moore #898246

         Address: Everglades Correctional Institution P.O.Box 949000 Miami, Florida 33194-9000

   In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use Item C for the names, positions, and places of employment of any additional defendants.

   B.    Defendant David Harris

         is employed as The Warden

         at Dade Correctional Institution 19000 S.W. 377th St. Florida City, Fl 33034

Page 3 of 5

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

C.   Additional Defendants: Assistant Warden W. Churchwell, Capt Jimmy Ms. Wright Love, Sgt. Albury, Nurse Chandilier, Nurse Chamberlain, John Doe, John Doe, John Doe, Sgt. Green, John Doe, John Doe, John Doe, Jane Doe, Jane Doe, Jane Doe

IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

Upon arriving at Dade Correctional Institution Friday September 21, 2007 I observed an inmate that I knew immediately from my past at Gulf C.I. Annex named Anthony Tedesco # 0-609829 that had supposed to be Separated from me by the Florida Prison System 2002 or 2003 by the Inspector General Office because I was sent to the Maine unit at Gulf C.I. While being placed on the compound I notified my Classification officer Ms. Wright and information was disregarded because of a supposedly Special Review between us. On Sunday September 23, 2007 a hit was put on me to take my life with a unsupervised Baseball bat. While standing on the Recreational Yard approximately 7:00 pm I was struck in the back of the Head with a Baseball bat and beaten for 15 to 20 minutes. The Attacker stop long enough for me to crawl and finally stand up and slowly make it off this yard. There was no Staff Official's on this Yard and area to Prevent this brutal Assault on me and I walk to the Road where a Sgt. Lee stood and Fell out asking for Medical Attention and help. Sgt. Lee radioed Sgt. Albury Security 9 to the scene whom approached and begin to threaten me to stand up or he was going to beat me more. Being in Fear of my life I slowly complied and was placed in handcuffs and pulled violently

( STATEMENT of Claim)

drugged to Medical while this Act inflicted more pain to my
injuries by Sgt.Albury. While in Medical I was seen by
the Head Nurse MR. Chandilier and a Nurse chamberlain
who conducted little Review of my injuries and
Recklessly dismissed me after speaking with Sgt.Albury
and Captain Jimmy Love stating "You got your ONE EYE
Ass Kicked Real Good". And telling the Nurse's there's
nothing wrong with him hurry up, to Cover this whole
incident up because a Unsupervised Baseball bat was
used as a violent Weapon. I Kept complaining about
my pain to the medical Nurse's and Medical Officer. Ms.
Bonoite but she said that there was nothing she could
do. Sgt.Albury, captain Jimmy Love, The Warden David Harris
and Assistant Warden W. Churchwell was Negligent for not
having the Proper official's on this Recreational Yard and
having access to an unsupervised Baseball bat. I was taken
to confinement For Protective Management. I declared several
Medical Emergencies to Medical and was denied treatment,
So I then Put in a sick-call Request and was still denied
Medical treatment by Medical Nurse's and Confinement
official's on the Day shift of September 24th and 25th of
2007. I was finally able to stop the Assistant Warden at my
door and Explain the situation of my injuries. I was then
taken to Medical Several hour's later and Placed in the
Infirmary by a Doctor Julio Poveda and Nurse Diane
Levesque who wittness these official's Previous Actions
to Cover this whole incident up. Nurse Diane Levesque
stated that if she was ever question by Authorities
that she would testify of these official's improper Actions
towards my Medical conditions, as well as the Nurse's involved.
On September 27, 2007 sent to LorKIN Hospital and admitted by
Head Doctor. David Jose Suarez who question thi 3 Dade CuI.
official's whom Escorted Me of why I was brought so late with
( page 5 of 5) continue

(STATEMENT OF (lain)

the injuries that was inflicted upon my body and not being brought in a timely manner and whom was responsible. These official's Declined. The Inspector General Office Failed to investigate and the Management Anylst misclassified this whole Investigation and I have never been interview by No state official about Case Number # 07-4-3043, I have records, Wittness's, Medical Records at Larkin Hospital to Prove my claims. That has never been investigated properly for reasons to cover this whole incident up.

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

V.    Relief

State briefly exactly what you want the court to do so for you.  Make no legal arguments.  Cite no cases or statutes.

I would like to be rewarded $150,000,000 for my Punitive Damages, and Compensatory Damage's from Each Defendant in their individually capacity as well as their official capacity pertaining to my injuries as well as the Suffering that I have been through with my Mental Anguish Symptoms such as a great Deal of Stress, Depression, being Peranoid of my Enviroment and I would ask that an Injunction be placed on these Department of Corrections official's for their Reprisal Activities. I would ask that the court appoint me a Pro Bono Attorney Counselor to represent me properly in this Case.

Signed this   10th   day of   September   , 20 09 .

Anthony L. Moore #898246
Everglades Correctional Institution
P.O. Box 949000
Miami, Florida 33194-9000
Anthony L. Moore
(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on   September 10, 2009

Anthony L. Moore
(Signature of plaintiff)

EXHIBIT A

*File Copy*

## INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

*(Instructions on Back)*

Mail Number: _____
Team Number: _____
Institution: _____

Ms. Wright

| TO: (Check One) | ☐ Warden | ☒ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Anthony MOORE | 898246 | H1-212L | ——— | 9-21-07 |

**REQUEST** Informal Grievance

Upon entering orientation I spoke to Classification Ms. Wright and informed her that I had a Special Review with inmate Anthony Tedesco #0-609829 and was told this Special Review is not in the Computer. I then explained to her that I was housed at Gulf Correctional Institution Annex and that's where the Special Review was entered by the Inspector General Office in Tallahassee, Florida and that some how F.D.O.C. officials had made a Mistake. At that time the information was disregarded by Not withstanding the threat to my health and safety.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: |
|---|---|---|

Distribution:   White   -Returned to Inmate          Pink   -Retained by official responding, or if the response is to an
               Canary  -Returned to Inmate                   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

# GENERAL AFFIDAVIT

STATE OF FLORIDA

COUNTY OF DADE

" FILE COPY "

I ___Anthony L. Moore___, hereby declare under penalty of Perjury the following is true/correct

___ Upon entering Orientation I spoke to Classification Ms. Wright and informed her that I had a Special Review with inmate Anthony Tedesco #0-609829 and was told this Special Review is not in the Computer. I then explained to her that I was housed at Gulf Correctional Institution Annex and that's where the Special Review was entered by the Inspector General Office in Tallahassee, Florida and that somehow F.D.O.C officials had made a mistake. At that time the information was disregarded by not withstanding the threat to my Health and Safety. I filed a Informal Grievance in which Ms. Wright did not respond and this is a violation to my 1st Amendment Right to seek redress.

Having read the foregoing. I swear under penalties of perjury all stated is true and correct this ___Sept. 21st___ day of ___September___ 2007

___Anthony L. Moore___
DADE CORRECTIONAL
19000 S.W 377th Street
Florida City, Florida 33034

EXHIBIT B

Given to
① Conception
9/25/07

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: 9·24·7                    Time: _____

Inmate Name: Anthony Moore      DC#: 898246

Housing assignment: E3, P46

Job assignment: _____

Problem:

☐ Pass/pass renewal

☐ Medication renewal

☐ Need information (explain): _____

☐ Mental Health

☐ Dental

☑ Medical (explain): I was Hit in the back of the Head with
a Baseball bat on the Rec Field and Knocked to the concrete
on my Face. Then I was Hit several times in my Head, Ribs,
Back and legs continuesly by the Attacker. I need medical Attention
immediatly as well as x-Rays to my whole body. The Pain I
Feel is very severe

When did problem/symptoms start? My Problems started when I was Hit
From the back of the Head with A Baseball bat Sunday
Evening on the Rec Field. 9.23.07 is when I was Assaulted

Inmate Name Anthony Moore
DC# 898246              Race/Sex B M
Date of Birth 4·14·70
Institution Dade C.I.

INMATE SICK-CALL REQUEST
DC4-698A (1/05)

Distribution:  Original—Nursing Supervisor
               Pink—Inmate (special housing only-otherwise
                     destroy copy) •
               This form is not to be amended, revised, or altered
               without approval of the Director for Health
               Services Administration.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden        ☐ Assistant Warden        ☐ Secretary, Florida Department of Corrections

From:  MOORE  Anthony  L              898246          S.F.R.C.
      Last   First   Middle Initial     Number       Institution

010-402044

Part A – Inmate Grievance

I Am Filing this Formal Grievance Complaint against Dade C.I.
Security and the Medical Staff About the Incident that Occured
September 23,2007 Concerning Me, Anthony Moore #898246 of being
Assaulted with A Baseball bat by My Roommate that was Housed
in HI-2201 Whom Name I think is Jermain Preston. Upon going
to the Recreation On 3rd Yard and while I was standing under
the First Pavilion, Inmate Preston walked Up behind me and
Hit me in the back of my Head with A Baseball bat. I Hit the
Concrete Unconscious Face first and was hit in the head, back, legs, Arms
Ribs Repeatly til I Come to Conscious by these blows

10-17-07                                      Anthony Moore #898246
DATE                                          SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:_____/_____**
                                                   #     Signature

PART B – RESPONSE

SIGNATURE AND TYPED OR PRINTED NAME        SIGNATURE OF WARDEN, ASST. WARDEN, OR        DATE
OF EMPLOYEE RESPONDING                      SECRETARY'S REPRESENTATIVE

ORIGINAL: TO BE RETURNED TO GRIEVANT AFTER COMPLETION OF ACTION.
                                  TEAR ON PERFORATION

JAN 0 2 2008

**PART B - RESPONSE**

| MOORE, ANTHONY | 898246 | 0710-402-044 | (402) S.FLA.RECEPTION CTR | A1138S |
|---|---|---|---|---|
| | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

Your grievance #0710-402-044 has been received and reviewed with the following response. After carefully reading the allegations that were made by you regarding being assaulted at Dade Correctional Institution on the recreation field, I found several discrepancies in your allegations. After speaking with Sergeant D. Lee, she advised that you indeed walked up to her and fell in front of her. She advised that you stated you were in pain and she radioed for assistance. She also advised you stood up, off the ground and began to walk towards medical where you were met by Sergeant Albury. The nurse that assisted you was no longer present but with the assistance from other medical staff without violating HIPPA procedures, advised that you were seen on September 23, 2007 at approximately 7:00 P.M., by Nurse Chamberlain. Nurse Chamberlain advised that you were indeed struck by something, but it was not a bat. She advised that the marks consistent on your body were brought upon by some type of altercation. According to your medical file, you were taken to Larkin Hospital where several tests were conducted and due to the time-frame of these tests, you were admitted. While present at Dade Correctional Institution on the day of said incident, the Shift Supervisor spoke with you after medical clearance and stated that you were being moved due to the allegations made in reference to your roommate being the assailant. You requested to be placed in Protective Custody and the proper investigation was conducted. The attached papers are the log entry remarks when you requested protective custody and where you advised you had no witnesses at the time, and no further comments. The witness you provided on this letter is currently housed at South Florida Reception Center who was contacted and faxed over a witness statement. Inmate Blanc Jean voluntarily refused to speak on your behalf. Inmate Preston denied all allegations and advised that he was in no altercation with you. Another witness statement is being recovered from him at this time. Due to no witnesses, there is no further action that could be taken on inmate Preston Jermaine at this time. Based on the aforementioned information, your grievance is DENIED. You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal completing the form, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), FAC, and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 2601 Blair Stone Road Tallahassee, Florida 32399-2500.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 01/02/08 |
| | | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

LOG# 0711-282-148

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
NOV 28 2007
ASST WARDEN-PROG.

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Moore Anthony L          898246          Tomoka Correctional Ins-
      Last   First  Middle Initial      Number              Institution

---

AMENDED          Part A – Inmate Grievance    Log# 0711-402-003

I Am Filing this Formal Complaint against DaDE C I Security
and the Medical Staff of the Incident that Occured September
23, 2007 Concerning me being Assaulted with a Baseball bat by
my roommate Jermain Preston. Upon going to the 3rd Yard Recreation
and while standing under the First Pavillion, I was Struck with a Baseball
bat in the back of the Head and Knocked into the Concrete Face
First Unconscious. Inmate Preston continuously kept hitting me
until I came conscious in the back, Ribs, Arms, Head and Face Over
and Over again For About 15 to 20 Minutes! There was No Official
around On this Recreational Yard to Prevent this Violent Attack
Upon me after I had screamed to the top of my Voice For
help. Being in Fear of loosing my Life I then crawled to a near
by table and pulled myself up to Slowly walk over a Female Sgt. Lee
Crow and Fell out while asking for Medical Attention. She then called
Security A whom was Sgt Crow who came and Pulled Me in a
brutal manner and Escorted me to Medical. I tried to Explain to
this Sgt. that I was in Pain From being Assaulted He pulled Me
with Reckless disregard as well as the other Staff Officials who was
Suppose to be On their Recreation Yard while there was an Unsupervised
Baseball bat being used On me as a Weapon There was suppose to be
Adequate Staff Official's On this Yard Due it was Open to Prevent
these Actions of Violence From happening to Me. Upon going to Medical
and Examined by Nurse Chambliss and I was informed my Injuries
were serious and Required Immediate Extensive treatment. The Medical
staff did little Review of my Injuries and recklessly dismissed

11-28-07                Amended            Anthony Moore #898246
DATE                #Sch 0711-402-003      SIGNATURE OF GRIEVANT AND D.C. #
RESPONSE MAILED: 12/01/07 #Sch 0711-402-003

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**  0 , 0
                                                                    # Ø   Ø Signature

INSTRUCTIONS

RECEIVED
DEC 26 2007
ASST WARDEN-PROG.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
JAN 02 2008
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From: Moore Anthony L          898246          Tomoka Correction Ins-
        Last    First    Middle Initial        Number              Institution

08-6-00365

| AMENDED | Part A – Inmate Grievance | Log# 0511-1102-0035 |

I Am filing this Formal Complaint against Dade C.I.
Security and the Medical Staff of the Incident that
occurred September 23, 2007 Concerning Me being Assaulted
with A Baseball bat by my Roommate Jermain Freston.
Upon going to the 3rd Yard Recreation and while
Standing under the First Pavillion, I was struck with
a Baseball bat in the back of the Head and Knocked into
the Concrete Face First Unconscious. Inmate Freston
continuously Kept hitting me until I came conscious
in the back, ribs, Arm's Head and legs Over and Over again
For About 15 to 20 minutes! There was No Official around On this
Recreational Yard to Prevent this Violent Attack upon Me after
I had screamed to the top of my Voice For help. Being in
Fear of loosing my life I then crawled to a near by table
and Pulled myself up to Slowly walk were a Female Sgt was Stood
and Fell Out and asking for Medical Attention. She then called
Security of whom was Sgt. Green who came and handcuff me
in a brutal manner and Escorted me to Medical! I tried to Explain
to this Sgt, that I was in Pain From being Assaulted. He handled
Me with Reckless disregard as well as the other staff Officials
who was suppose to be On that Recreation Yard While there
was an unsupervised Baseball bat being used On Me as a
Weapon. There was suppose to be Adaquate staff Officials
On this Yard Once it was Open to Prevent these Actions of Violence
From happening to Me. Upon going to Medical And Examined

12-26-07
DATE

Anthony Moore 898246
SIGNATURE OF GRIEVANT AND D.C. #

SEE ATTACHED
RESPONSE

BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

1/2/08          109          282          # 0    Signature

STATE OF FLORIDA
Department of Corrections
Request For Administrative Remedy or Appeal
☑ Secretary, Florida Dept of Corr.

PART-A     Amended Log# 0711-402.003

by Nurse Chandilier and Nurses. Although my Injuries were Serious and Required Immediate Extensive treatment. The medical staff did little Review of my Injuries and recklessly dismissed me from Medical and Putting me At greater Risk For Further Injury, Blantly Showing and Exhibiting Deliberate Indifferent towards my Medical Health Care Needs. Further Validating My Claims is the Fact that After I had been made to lay in Protective Custody Confinement For days in Pain and declaring Several Medical Emergencies. I was Finally seen by A Physician At Larkin Hospital who was very upset over the Medical staffs Negligence and Failure to bring me to the Hospital in a timely Manner Especially do to the Extent of my Injurys. Wherefore based on the False Respond 12-21-2007 of my Amendment I foward my Formal Grievance Respectfully Asking that all Personal Official's such as Wardens, Assistant Wardens, Colonel, Recreation Yard Officials, Security 9, Captain, Confinement Officials, Medical Staffs, John Doe's that was and is Responsible be Reprimanded or also Suspended.

DATE 12-26-07                    Anthony Moore #898246

JAN 2 9 2008

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| MOORE, ANTHONY | 898246 | 08-6-00365 | (282) TOMOKA C. I. | E1209L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your appeal has been reviewed and evaluated. The subject of your grievance is currently being reviewed by the investigative section of the Office of the Inspector General. A copy of your complaint will be forwarded to that section to be included as a part of the current review. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

This appeal is not considered an amendment.

Furthermore, you are advised that it is not within an inmate's scope of responsibility or authority to recommend disciplinary action regarding staff. Your complaint was addressed and responded to, any further action will be at the discretion of the administrative staff.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

When filing a grievance/appeal, provide all pertinent documentation such as official forms, continuation sheets, responses and attachments.

Please be advised the grievance process is not to be utilized to ask questions, seek information, guidance or assistance.

In the future, do not remove the bottom of the DC1-303 form.

As this process was initiated prior to the receipt of your grievance, your request for action by this office is denied.

S. MILLIKEN

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE WARDEN, ASST. WARDEN OR SECRETARY'S REPRESENTATIVE | 1/23/08 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION/FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☑ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental _Warden_<br>☑ Other _Ms. Pichardt_ |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Anthony Moore | DC Number<br>898246 | Quarters<br>G3-214 | Job Assignment<br>House man | Date<br>7-16-09 |
|---|---|---|---|---|---|

~~REQUEST~~ INFORMAL GRIEVANCE

This Grievance Complaint is hereby brought in Accordance with 33-103 For Newly Discovered Evidence. This information was misclassified on purpose In the Initial Investigation Case Number 07-43C43 Prior to the Incident at Dade C.I. I was housed at Charlotte C.I. Upon said transfer being requested by Classification and they learned That a Special Review with F/m Anthony Tedesco # C-b-09829 with Reckless Disregard to my health and safety This information was Discarded which resulted in me being attacked On September 23 2007 by Jermaid Preston whom was housed in H-Dorm with me and I/m a Tedesco # C-b-09829 at Dade C.I. When I was struck with an unsupervised Baseball bat on the recreational yard at Dade C.I. My Classification officer at Charlotte C.I. and the transfer Specialist in Tallahassee

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

I 09-07-95

DO NOT WRITE BELOW THIS LINE

**RESPONSE**

DATE RECEIVED: 7/21/09

Your request for Administrative Remedy has been received and evaluated. Our records do not show any special review against Inmates Anthony Tedesco and Jermaine Preston On the contrary on 10/24/07 Records show that you signed a DC6-z requesting to be released from A/c pending protection. According to the Bureau of State Investigation's Case # 07-4-03043, no further action was taken due to no witness.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _Denied_ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Signature): | _[signature]_ | Date: | 7/29/09 |
|---|---|---|---|

Distribution:   White   -Returned to Inmate           Pink   -Retained by official responding, or if the response is to an
                Canary   -Returned to Inmate                    informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

INFORMAL GRIEVANCE                    (CONTINUATION)

Failed to Notice the Special Review in my Prison Files and in the D.O.C. Computer or which had should been placed being that Anthony Tedesco #0-60920 is the reason that I was removed from Gulf C.I. Annex in 2003 to Gulf C.E. Main unit because of A Inspector General Investigation that Separated Us. Upon me reaching Dade C.I. and seeing Inmate Anthony Tedesco, I Notified My Classification Officer Ms. Wright that I had a Special Review with Inmate Anthony Tedesco #0-60920 and the information was Disregarded. In reckoning to me the Classification officer of Charlotte C.I. and Dade C.I. did not Review my Records Properly which resulted in my Injuries and Safety and Grievance Complaint. Also in order to cover this whole incident up, I was never interview by No one pertaining to this Investigation Case Number 07-43043 with whom Ever Misclassified This Investigation on Purpose. I would hope the truth could be revealed and Investigated Peace. Because my Claim Disability Discrimination claim Under Title II of the ADA has been Violated and I Suffer Mental Anguish Symptoms such as a great deal of Stress, Depression being Ascended from this incident.

DELIVERED AUG 2 0 2009

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

From: _MOORE  Anthony  L_          _898246_          _Everglades Corr Inst_
     Last    First   Middle Initial      Number        Institution

G3214L

_____ Part A – Inmate Grievance _____     0908-401-036

This Grievance complaint is hereby brought in Accordance with 33.103 For Newly Discovered Evidence. This information was misclassified on purpose in the initial Investigation Case Number 07-43043 Prior to the incident at Dade C.I. I was housed at Charlotte C.I. Upon said transfer being Requested by Classification and they learned I had a Special Review with I/m Anthony Tedesco #0-609829 with Reckless Disregard to my health and safety. This information was discarded which resulted in me being attacked On September 23, 2007 by Jermain Preston when was housed in H-Dorm with me and I/m A. Tedesco #0-609824 at Dade C.I. when I was struck with an unsupervised Baseball bat on the recreational yard at Dade C.I. My Classification officer at Charlotte C.I. and the transfer Specialist in Tallahassee Failed to Notice the Special Review in My prison Files and in the D.O.C. Computer or which had should been placed being that Anthony Tedesco #0-609829 is the reason that I was removed from Gulf C.I. Annex in 2003 to the Gulf C.I. Main unit and put under Investigation because of A Inspector General Officer Investigator that Seperated Us. Upon me reaching Dade C.I. and seeing Inmate Anthony Tedesco, I Notified My Classification officer Ms Wright that I had a Special Review with Inmate Anthony Tedesco #0-609829 and the information was Disregarded. Unbeknowing to me the Classification officer at Charlotte C.I. and Dade C.I. did not Review my Prison Records properly which resulted in my injuries and safety and Grievance complaint Also in order to cover this whole incident up. I was never

**PART B - RESPONSE**

| MOORE, ANTHONY | 898246 | 0908-401-036 | EVERGLADES C.I. | G3214L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. Investigation of your complaint reveals you are grieving that you had a special review against Inmate Anthony Tedesco DC#609829 at Gulf C.I Annex. Our records do not show any special review against inmate Tedesco. Investigation Case Number: 07-4-3043 failed to show that any assault or battery was committed upon you. Our records show that on October 12, 2007 you signed a DC1-203 form requesting to be released from Administrative Confinement pending protection.

Based on the above information, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form and providing attachments as required and forwarding to the Bureau of Inmate Grievance Appeals.

Perkins, A., AWP

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

Department of Corrections

Request For Administrative Remedy or Appeal

☑ Warden            Part-A          Amended Log# 0711-402-003

me From Medical and putting Me At greater Risk
For Further Injury, Blantly Showing and Exhibiting
Deliberate Indifferent towards my Medical Health
Care Needs. Further Validating My Claims is the
Fact that After I had been made to lay in
Protective Custody confinement For Days in Pain
and declaring Several Medical Emergencies. I was
Finally seen by A Physician At Lufkin Hospital
who was very upset over the Medical Staffs
Negligence and Failure to bring me to the Hospital
in a timely Manner Especially do to the Extent
of my Injury's. Wherefore I Respectfully Ask
that all personal, official's of the Recreation Yard,
Security 9, Captain, colonel, Assistant Worley Warden,
Confinement official's, John Doe's, Medical Staff's
that was Responsible be Reprimanded and
also Suspended.

11-28-07                        Anthony Marie
                                #898246

10-31-07 · Grievance Log Number
          0711-402 003