# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 09CV22754 PAS

# The attached hand-written document
# has been scanned and is also available in the
# SUPPLEMENTAL PAPER FILE

PROVIDED TO COLUMBIA CI
ON 11-16-09
FOR MAILING 1291

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
NOV 19 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

ANTHONY L. MOORE,
  Plaintiff,

Case No. 09-22754-CIV-SEITZ
MAGISTRATE JUDGE P.A. White

VS.

Secretary of Department
of Corrections
  Walter McNiel
 Warden David Harris, W. Churchwell
Captain Jimmy Love, Sgt. Albury
Sgt. Lee, Nurse Chandilier, Nurse Chamberlain
Ms. Wright, Sgt. Green, John Doe, John Doe,
John Doe, John Doe, John Doe, Jane Doe,
Jane Doe

MOTION TO AMEND Complaint

1. Secretary of Department of Corrections Walter McNiel Violated Plaintiffs 8th and 14th Amendment of Care, Custody and Control/Safety. The Defendant office of The Inspector General Office Violated Plaintiffs Constitutional Rights by not placing a Special Review between Plaintiff and Inmate Anthony Tedesco #0-609829 the year of 2002 or 2003 at Gulf C.I. Annex when a problem occured between two, which resulted in Inmate Tedesco's Family calling the Inspector General Office and having us Seperated and placed under Investigation and Plaintiff was transfered to the Main-Unit of Gulf C.I. from the Gulf C.I. Annex. And years later someone in the transfering department in the Tallahassee Central Office transfered Plaintiff to the same

Institution as Inmate Tedesco on Friday September 21, 2003 and 2 days later On September 23, 2007 at Dade C.I. Plaintiff's life is almost taken by a Baseball bat being used as a Weapon is a Violation of Care, Custody and Control as well as Deliberate Indifference. The Secretary of Department of Corrections was Notified of the Assault and referred it to the Inspector General Office for Investigation whom Failed and denied to Investigate such a serious incident is a Violation of the Plaintiffs Constitutional Rights. Plaintiff beleives that Inmate Tedesco is involved in this incident that almost took Plaintiffs life. It has been a serious cover up and Reprisal Actions towards Plaintiff since this incident.

2. Defendant Warden David Harris Violated Plaintiff Constitutional Rights of Care, Custody and Control by not having proper and adequate trained Officers on the Recreational Yard of September 23, 2007 when Plaintiff was Violently beaten with an Unsupervised Baseball bat and Defendants Staff officials was responsible for Plaintiffs injuries. By Plaintiff being beaten with an Unsupervised baseball bat as a weapon was Deliberate Indifference if plaintiff was not suppose to be on this compound Institution from the start of Arrival On Friday September 21, 2007.

3. Defendant Assistant Warden C. Churchwell being over Security Violated Plaintiff Constitutional Rights of Care, Custody and Control For not having Security officials in confinement to adequately respond to Plaintiff Medical needs from the time the incident occured by being placed in confinement and being denied Medical Emergency which was Reckless disregard and Deliberate Indifference Violating Plaintiff Constitutional Rights being that this Assistant Warden head of Security was Notified.

4. Defendant Classification Officer Ms. Wright was Notified on Plaintiff day of Arrival when Plaintiff wrote Ms. Wright of an inmate being on the compound that he had a problem with and the issue and situation was disregarded which constitutes a Violation of Plaintiffs Constitutional Rights of Deliberate Indifference and an act of Reckless disregard of Care, Custody, Control and the Safety of Plaintiff's Health, by this Classification officer Actions.

5. Defendant Captain Jimmy Love Violated Plaintiffs Constitutional Rights of Care, Custody and control For Failure of not having the adaquate staff on the Recreational Yard while an baseball bat was being used as a weapon to inflict great bodily Injuries upon plaintiff also committing an Act by Violating Plaintiff 8th Amendment and an act of Deliberate Indifference to Serious Medical needs is shown when Captain Jimmy Love have Prevented Plaintiff From receiving recommended treatment by Nurse's and is denied Access to Medical personnel capable of Evaluating the need for Medical treatment to Plaintiffs Injuries On September 23, 2007, to Cover up that Plaintiff was severly beaten with an Unsupervised Baseball bat on the Recreational Yard was a Constitutional Violation, by not sending Plaintiff to an outside Hospital at time of above incident.

6. Defendant Nurse Chandilier whom was Head Nurse on September 23, 2007 Violated Plaintiff's Constitutional Rights by denying to Fully Examine Plaintiffs injuries properly after conspiring with the Security officials and saying that Plaintiff did not have Serious medical injuries. The Act of Deliberate Indifference and Reckless disregard Occured when Plaintiff Complained about being in tremendous pain and asked to be taken to an Outside Hospital

and Defendant Nurse Chandilier denied Plaintiff Access to be Hospitalized which Inflicted more damages on Plaintiffs injuries of pain and suffering On September 23, 2007 by stating to Security officials that there was nothing wrong with the Plaintiffs after Defendant conducted little Review of Plaintiff's Injuries to cover this incident up was a Violation of Care, Custody and control.

7. Defendant Nurse Chamberlain Violated Plaintiff Constitutional Rights with acts of Deliberate Indifference by Refusing to give adaquate Medical treatment in order to cover up this Violent Attack on Plaintiff for the Captain Jimmy Love and Sgt. Albury after Plaintiff was pulled and drugged into Medical with hand-cuffs On. Plaintiff Continued to explain to nurse Chamberlain while bleeding from injuries that he was in pain and needed to be examined by a Outside Doctor at the Hospital but Defendant Chamberlain denied plaintiff further Medical treatment in order to cover this whole incident up with her co-worker Head Nurse Ms. Chandilier Violating Plaintiff 8th and 14th Amendment.

8. Defendant Sgt. Albury violated Plaintiff Constitutional Rights of Care, Custod and Control/safety of plaintiff 8th and 14th Amendment when Defendant was radioed by Sgt. Lee to the Plaintiff whom was laying down in the road complaining of pain from an attack by another Inmate with an Baseball bat. Defendant Sgt. Albury begin to threaten to do bodily harm to plaintiff if he did not stand up and that Plaintiff was going to suffer a beaten. Plaintiff being in fear of another beaten Plaintiff was finally able to stand and was violently placed in hand-cuffs and brutally pulled all the way to medical

while Defendant Sgt. Albury continue to pull in a violent manner inflicting more pain to plaintiffs injuries. Defendant Violated plaintiffs constitutional Rights by refusing to call medical to the scene where plaintiff had previously Fell. So After finally arriving to medical and Defendant Speaking to Medical nurses and told them that there was nothing wrong with plaintiff while Plaintiff was still being held in tight hand-cuffs. The Nurse's dismissed Plaintiff in order to cover this Violent Assault and pain that was added to plaintiffs injuries From being drugged with excessive Force all the way to Medical by Sgt. Albury.

9. Defendant Sgt. Lee Violated Plaintiffs 8th and 14th Amendment by Acts of Deliberate Indifference For Failing to call Medical to the scene when Plaintiff Fell out before her and requesting Medical attention from being Assaulted with an unsupervised Baseball bat being Used as a weapon on Plaintiff by another Inmate and then Defendant making False statements in Documents that plaintiff got off the ground and walked to Sgt. Albury to Cover this whole incident up to protect Sgt. Albury. Which Violated my rights of Care, Custody and control and Safety by this brutal Act that inflicted more pain and suffering to my injuries.

10. Defendant Sgt. Green of Dade C.I. Confinement Supervisor Violated Plaintiff 8th and 14th Amendment of Cruel and Unusual Punishment on September 24th and 25th of 2007 when Plaintiff declared Medical Emergency and was denied Medical treatment because Defendant Sgt. Green and Confinement officer's refused to call Medical on several occasions which was a direct act of Deliberate Indifference while I Plaintiff laid in the cell-room in severe pain and serious injuries while suffering. Later on Plaintiff was finally able to stop the Assistant Warden while he conducted his Grievance rounds and Notified him of my injuries and of Defendants Actions not to perform their official duties of Care, Custody and control which Plaintiff had been Violated of, then hours later Plaintiff was finally taken to Medical on the next shift September 25, 2007.

11. Defendants John Doe's and Jane Does of the Correctional Officers assigned to the Recreational Yard September 23, 2007 Approximately 7:00 pm Violated Plaintiff's Constitutional Rights by Violating Care, Custody and Control/Safety by not being in the area of their Assigned Post when Plaintiff was violently Assaulted with an Unsupervised Baseball bat by Another Inmate was Reckless Disregard to the Safety of the Plaintiff that clearly caused severe injuries to Plaintiff's Health and could have resulted in Plaintiff loosing his life is a Constitutional Violation.

Wherefore, Plaintiff Requests that the Court grant the following Relief:

A. Issue a declaratory Judgement stating that:

1. The Physical Abuse of the Plaintiff by Defendants Walter McNiel, David Harris, W. Churchwell Captain: Jimmy Love, Sgt. Albury, Sgt. Lee, Nurse: Chandilier, Nurse Chamberlain, Officer Ms. Wright, Sgt. Green, John Doe's and Jane Does Violated the Plaintiffs rights Under the Eigth Amendment to the United States Constitution and constitute an Assault and Violation under the Law.

2. Award compensatory Damages in the following amounts: 1. $100,000 jointly and severally against Defendants Walter McNiel, David Harris, W. Churchwell, Capt. Jimmy Love Sgt. Albury, Sgt. Lee, Nurse: Chandilier, Nurse Chamberlain, CLO: Ms. Wright, Sgt. Green, John Doe's and Jane Doe's for the Physical and Emotional injuries sustained as a result of the Plaintiff's beating.

3. Award Punitive Damages in the Amount of: 1. $50,000 Each against Defendants Walter McNiel, David Harris, W. Churchwell, Capt. Jimmy Love, Sgt. Albury, Sgt. Lee, Nurse: Chandilier, Nurse: Chamberlain, CLO: Ms. Wright, Sgt. Green, John Does, Jane Does.

Dated 11-16-09

Respectfully Submitted
Anthony L. Mouse #898246
Columbia Corr. Inst
216 S.E. Corrections Way
Lake City, Florida 32025