UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22754-CIV-SEITZ/WHITE

ANTHONY L. MOORE,

    Plaintiff,

v.

WALTER A. McNEIL, *et al.*,

    Defendants.
_____/

## ORDER DENYING MOTION FOR WRIT OF THE RIPPER ACT

THIS CAUSE is before the Court on the Plaintiff's Motion of [sic] Writ of the Ripper Act [DE 489]. First, it is not clear what relief Plaintiff actually seeks in his motion. Second, it appears that the facts Plaintiff alleges as the basis for his motion may be the basis for a separate lawsuit but are completely unrelated to the issues addressed in this matter. Finally, this matter is closed and all issues have been adjudicated. Accordingly, it is hereby

ORDERED that Plaintiff's Motion of Writ of the Ripper Act [DE 489] is DENIED.

DONE and ORDERED in Miami, Florida, this 31st day of May, 2018.

                      PATRICIA A. SEITZ
                      UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
        All counsel of record/*Pro se party*